Nó. 373. EX PARTE MAS, NOTARIO PÚBLICO.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 2034 otorgada por dicha Compañía el. 20 de diciembre de 1912 para garantir las funciones notariales del abogado Don Félix C. Mas. Resuelto en octubre 1, 1914. Se da por terminada dicha fianza a partir del 1°. de diciembre de 1914. La National Surety Company compareció por medio de su agente general Sr. Harry: F. Besosa.

---

No. 344. EX PARTE SIACA, PETICIONARIO.—Solicitud .para que se apruebe la fianza notarial otorgada por los fiadores Doña Carmen González de Siaca y Don Horacio S. Belaval por. escritura No. 159 otorgada ante el Notario Don Juan de Guzmán Benítez en San Juan, el 19 de octubre de 1914, para garantir las funciones notariales del abogado .Don Ramón Siaca Pacheco. Resuelto en octubre 20, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

---

No. 359. EX PARTE KELLY, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la Fidelity and Deposit Company of Maryland, el 26 de octubre de 1914, para garantir las funciones notariales del. abogado Don Daniel F. Kelly. Resuelto en octubre 27, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.